UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    William J Thomey IV  
    Cheryl L Thomey  
          Debtor(s)

Case No. 14-15700

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/26/2014.

2) The plan was confirmed on 07/11/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/13/2016, 03/17/2016.

5) The case was converted on 05/19/2016.

6) Number of months from filing to last payment: 23.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $17,450.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,202.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$12,202.00** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $236.70 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $512.51 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$749.21** |
| Attorney fees paid and disclosed by debtor: | $750.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL | Secured | 7,920.00 | 7,919.37 | 7,919.37 | 3,114.72 | 570.33 |
| CAPITAL ONE BANK USA | Unsecured | 358.00 | 358.97 | 358.97 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 413.00 | 413.67 | 413.67 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 390.00 | 390.00 | 0.00 | 0.00 |
| EXPRESS CASH MART OF ILLINOIS L | Unsecured | NA | 308.00 | 308.00 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 77.00 | 506.94 | 506.94 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,711.00 | 1,710.55 | 1,710.55 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 707.99 | 707.99 | 707.99 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 746.00 | 746.17 | 746.17 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 657.00 | 657.96 | 657.96 | 0.00 | 0.00 |
| ADVANCED DISPOSAL SERVICES | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MEDICAL CEN | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MEDICAL CEN | Unsecured | 1,178.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CARE | Unsecured | 1,303.00 | NA | NA | 0.00 | 0.00 |
| ALEXANDRIA VANECK CO LPA | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 3,814.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,106.00 | NA | NA | 0.00 | 0.00 |
| ENVISION PAYMENT SOLUTIONS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| FIGIS COMPANIES INC | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| GEETHA M REDDY MD | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| HARRIS | Unsecured | 494.00 | NA | NA | 0.00 | 0.00 |
| HAWTHORN SURGERY CENTER | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC CARD SERVICES | Unsecured | 634.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| IL BONE AND JOINT INSTITUTE | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE PHYSICIANS | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE PHYSICIANS | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| INTEGRAL RECOVERIES INC | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ACUTE CARE LLP | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY ASSOC | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY ASSOC | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| MABT/CONTFIN | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| NTL ACCT SRV | Unsecured | 860.00 | NA | NA | 0.00 | 0.00 |
| SPOT LOAN | Unsecured | NA | 789.36 | 789.36 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 5,791.00 | 5,185.17 | 5,185.17 | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Unsecured | NA | 503.10 | 503.10 | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Secured | 16,667.00 | 16,667.00 | 16,667.00 | 6,568.63 | 1,199.11 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,586.37 | $9,683.35 | $1,769.44 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$24,586.37** | **$9,683.35** | **$1,769.44** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,710.55 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,710.55** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$10,567.33** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $749.21 |
| Disbursements to Creditors | $11,452.79 |
| **TOTAL DISBURSEMENTS** : | **$12,202.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/23/2016                                           By: /s/ Glenn Stearns
                                                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**